1  PAUL W. CANE JR. (SB# 100458)
   SANA SWE (SB# 173024)
2  TERESA J. HUTSON (SB# 217733)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendant
   General Electric Company
7
   GREGG L. KAYS (SB# 82052)
8  NORLAND & KAYS
   111 North Market Street, Suite 414
9  San Jose, California 95113
   Telephone:  (408) 993-8100
10 Facsimile:  (408) 993-0173

11 Attorneys for Plaintiff
   Ulysses Verceles
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 Ulysses Verceles,                     CASE NO. 05-CV-00671-JW

17              Plaintiff,               **STIPULATION OF DISMISSAL**

18      vs.

19 General Electric Co., and DOES 1-10,
   inclusive,
20
                Defendant.
21

22

23

24

25

26

27

28

   Case No. 05-CV-00671-JW                              STIPULATION OF DISMISSAL
   LEGAL_US_E # 70139832.1

1    The parties to this action stipulate through their designated counsel that the above-

2    captioned action be and hereby is dismissed with prejudice pursuant to Fed. Rule Civ. Pro.

3    41(a)(1).

4

5    Dated: October 25 2005.          GREGG L. KAYS
                                       NORLAND & KAYS
6

7                                      By: _____
                                              Gregg L. Kays
8                                             Attorneys for Plaintiff
                                              Ulysses Verceles
9
     Dated: October 8, 2005.          PAUL W. CANE, JR.
10                                     SANA SWE
                                       TERESA J. HUTSON
11                                     PAUL, HASTINGS, JANOFSKY & WALKER LLP

12

13                                     By: _____
                                              Sana Swe
14                                            Attorneys for Defendant
                                              General Electric Company
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 05-CV-00671-JW                    -2-                    STIPULATION OF DISMISSAL
LEGAL_US_E # 70139832.1